# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THERESA WHEELER CLARK AND
CHARLES HENRY CLARK, JR.

VERSUS

SOUTHERN RV, LLC; CAMPING
WORLD RV SALES, LLC;
NORCOLD, INC.; THETFORD
CORPORATION; KIDDE, INC.

NO.  2023 CW 1092

**JANUARY 18, 2024**

---

In Re:   Norcold, Inc. and Thetford Corporation, applying for
supervisory writs, 20th Judicial District Court,
Parish of West Feliciana, No. 23446.

---

**BEFORE:  GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

                    JMG
                    WRC
                    WIL

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
    FOR THE COURT